JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL UZETA, an individual, ) | Case No. 5:15-cv-01265-BRO-FFM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| MIDLAND CREDIT MANAGEMENT, INC., and DOES 1 through 10, inclusive. ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own attorney's fees, costs and expenses.

**IT IS HEREBY ORDERED**

Dated: April 1, 2016

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

Order to Dismiss - 1